IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MORVANT; and JEAN ANDREWS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.; P.F. CHANG'S III, LLC; and DOES 1-100, inclusive, ,<br><br>    Defendants. | No. C 11-5405 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br>(Docket No. 35) |

Plaintiffs Zachary Morvant and Jean Andrews seek leave of the Court to file a second amended complaint.  Defendants P.F. Chang's China Bistro, Inc. and P.F. Chang's III, LLC have filed a statement of non-opposition to Plaintiffs' motion.

Accordingly, Plaintiffs' motion for leave to file a second amended complaint is GRANTED (Docket No. 35).  Plaintiffs shall file their Second Amended Complaint within five days of the date of this Order.  Defendants shall file their response thereto within the time provided by statute.

IT IS SO ORDERED.

Dated: 1/4/2012

                                 CLAUDIA WILKEN
                                 United States District Judge