**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY MORVANT, JEAN ANDREWS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., P.F. CHANG'S III, LLC, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 11-CV-05405 YGR<br><br>**ORDER TO SHOW CAUSE AND SETTING COMPLIANCE HEARING** |

On May 2, 2012, Plaintiffs filed a letter brief regarding a pending discovery dispute. Dkt. No. 61. On May 3, 2012, Defendants filed a letter brief regarding the same pending discovery dispute. Dkt. No. 62. The Plaintiffs' letter indicates that Defendants would not agree to meet and confer in person to resolve the discovery dispute and Defendants would not agree to jointly file the letter brief. Both an in-person meeting and joint filing of the letter brief are required by this Court's Standing Order in Civil Cases.

The Court sets this matter for a Compliance Conference to be held on **Friday, May 11, 2012** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated. By no later than **May 9, 2012**, counsel for Defendants shall file a written response to this Order to Show Cause why Defendants should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases. If the Court is satisfied with Defendants' response, the Court will issue an order that counsel need not appear and the compliance hearing will be taken off calendar. Otherwise, personal appearance of Defendants' counsel is required.

**IT IS SO ORDERED.**

Dated: May 4, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Yvonne Gonzalez Rogers*
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**