1
2
3              **UNITED STATES DISTRICT COURT**
4             **NORTHERN DISTRICT OF CALIFORNIA**
5
6
7
   ZACHARY MORVANT, JEAN ANDREWS,              Case No.: 11-CV-05405 YGR
8  individually and on behalf of all others
   similarly situated,                         **ORDER VACATING COMPLIANCE HEARING; AND**
9                                              **SETTING CASE MANAGEMENT CONFERENCE**
           Plaintiffs,
10
         vs.
11
   P.F. CHANG'S CHINA BISTRO, INC., P.F.
12 CHANG'S III, LLC, and DOES 1 through 100,
   inclusive,
13
           Defendants.
14

15     TO ALL PARTIES AND COUNSEL OF RECORD:

16     On May 4, 2012, the Court issued an Order to Show Cause.  Dkt. No. 63.  The Defendants

17 provided a timely written response to the Order.  Dkt. No. 65.  Having reviewed and considered the

18 written response, the Court is satisfied with the parties' submission, and accordingly, **VACATES** the

19 hearing set for Friday, May, 11, 2012.  No further action will be taken with respect to that Order.

20     Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case

21 Management Conference shall be held on **Monday, June 25, 2012**, at **2:00 p.m.**, in the Federal

22 Courthouse at  1301 Clay Street, Oakland, California, in a courtroom to be designated.

23     **IT IS SO ORDERED.**

24 Dated: May 10, 2012

25                                   _____
                                      **YVONNE GONZALEZ ROGERS**
26                                   **UNITED STATES DISTRICT COURT JUDGE**

27

28

United States District Court
Northern District of California