United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY MORVANT, JEAN ANDREWS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., P.F. CHANG'S III, LLC, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 11-CV-05405 YGR<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; AND SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiffs' Motion for an Order Granting Leave to File and Serve a Motion for Reconsideration is **DENIED**.

A Case Management Conference shall be held on **Monday, September 17, 2012** at **2:00 p.m.**

This Order Terminates Docket Number 71.

**IT IS SO ORDERED.**

Dated: August 27, 2012

                                               _____
                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**