1  Matthew R. Bainer, Esq., State Bar No. 220972
   Hannah R. Salassi, Esq., State Bar No. 230117
2  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
3  Oakland, CA  94612
   Tel:  510.891.9800
4  Fax:  510.891.7030
   mbainer@scalaw.com
5  hsalassi@scalaw.com

6  Attorneys for Plaintiff Zachary Morvant

7  REBECCA EISEN, State Bar No. 96129
   LAUREN S. KIM, State Bar No. 210572
8  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
9  San Francisco, CA  94105-1126
   Tel:  415.442.1000
10 Fax:  415.442.1001
   reisen@morganlewis.com
11 lkim@morganlewis.com

12 Attorneys for Defendants
   P.F. CHANG'S CHINA BISTRO, INC.
13 and P.F. CHANG'S III, LLC

14              UNITED STATES DISTRICT COURT

15     NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

16

17 ZACHARY MORVANT, as an individual, for )    CASE NO.  2:11-CV-05405 YGR
   himself and on behalf of all others similarly )
18 situated,                                  )    JOINT STIPULATION AND
                                              )    [PROPOSED] ORDER FOR DISMISSAL
19              Plaintiff,                     )    OF PLAINTIFF'S INDIVIDUAL
                                              )    CLAIMS WITH PREJUDICE AND
20        vs.                                 )    CLASS CLAIMS WITHOUT
                                              )    PREJUDICE
21 P.F. CHANG'S CHINA BISTRO, INC., P.F.      )
   Chang's III, LLC, and DOES 1 through 100,  )    Hon. Yvonne Gonzalez Rogers
22 inclusive,                                 )
                                              )
23              Defendants.                    )
                                              )
24                                            )

25

26

27

28

1        Plaintiff Zachary Morvant, ("Plaintiff" or "Morvant") and Defendants P.F. Chang's China

2  Bistro, Inc. and P.F. Chang's III, LLC (collectively "Defendants"), by and through their respective

3  counsel of record named herein, hereby stipulate as follows:

4        **WHEREAS**, on or about December 14, 2010, Plaintiff Zachary Morvant ("Plaintiff") filed

5  a lawsuit against Defendant P.F. Chang's China Bistro, Inc. ("Defendant") in Sacramento

6  Superior Court (Case No. 34-2010-00093491);

7        **WHEREAS,** on June 17, 2011, Plaintiff Zachary Morvant amended his complaint to add

8  class action allegations and Jean Andrews as a party plaintiff;

9        **WHEREAS,** on July 19, 2011, Defendant removed this action to the United States District

10  Court for the Eastern District of California pursuant to the Class Action Fairness Act of 2005;

11        **WHEREAS,** Defendants transferred the action to the United States District Court for the

12  Northern District of California on October 28, 2011;

13        **WHEREAS,** Plaintiffs filed a Second Amended Complaint on January 9, 2012;

14        **WHEREAS,** on May 7, 2012, this Court granted Defendant's motion to compel Plaintiff

15  Jean Andrews' claims into arbitration and she is no longer a party to this action;

16        **WHEREAS** in light of the parties' settlement of Plaintiff Morvant's individual claims,

17  Plaintiff wishes to dismiss the instant lawsuit in its entirety;

18        **WHEREAS** Federal Rule of Civil Procedure 41(a)(1)(A)(ii) vests this Court with

19  discretion to dismiss this litigation in its entirety;

20        **THEREFORE,** the parties, through their undersigned respective counsel, stipulate and

21  request that the Court hereby order the dismissal of Plaintiff's individual claims with prejudice

22  and his purported class claims without prejudice.  Each party shall bear his or its own attorneys'

23  fees and costs of suit herein.

24    //

25    //

26    //

27    //

28    //

1    **IT IS SO STIPULATED.**

2

3    Dated:  November 13, 2012                    SCOTT COLE & ASSOCIATES

4

5                                                 By  *Hannah Salassi*

6                                                    Hannah R. Salassi
                                                    Attorneys for Representative Plaintiff
7                                                    and the Plaintiff's Class

8

9    Dated:  November 13, 2012                    MORGAN, LEWIS & BOCKIUS LLP

10

11                                                By

12                                                   Lauren S. Kim
                                                    Attorneys for Defendant
13                                                   P.F. CHANG'S CHINA BISTRO, INC. and
                                                    P.F. CHANG'S III, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND
[PROPOSED] ORDER FOR DISMISSAL
Case No. 2:11-CV-05405 YGR

1

**ORDER**

2        Pursuant to stipulation by the parties and good cause appearing, the action entitled <u>Zachary</u>

3  <u>Morvant v. P.F. Chang's China Bistro, Inc., et al</u>. (Case No. 11-CV-05405 YGR) is hereby

4  dismissed in its entirety:

5        a)  Plaintiff's individual claims are dismissed with prejudice and

6        b)  Plaintiff's purported class claims are dismissed without prejudice.

7        Each party shall bear his or its own attorneys' fees and costs of suit herein.

8

9       **IT IS SO ORDERED.**

10

11  Dated: _____

12                            Hon. Yvonne Gonzalez Rogers
                               United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28